# EXHIBIT F

Dockets.Justia.com

American Arbitration Association
*Dispute Resolution Services Worldwide*

International Dispute Resolution Procedures          **ARBITRATION RULES**
(ENTER THE NAME OF THE APPLICABLE RULES)

**Demand for Arbitration**

| | |
|---|---|
| *MEDIATION: If you would like the AAA to contact the other parties and attempt to arrange mediation, please check this box.* ☐ *There is no additional administrative fee for this service.* | |

| Name of Respondent | Name of Representative (if known) |
|---|---|
| Richard P. Nordan | David F. Kirby |

| Address: | Name of Firm (if applicable): |
|---|---|
| 3605 Glenwood Avenue, Suite 240 | Kirby & Holt, LLP |
| | Representative's Address |
| | 3201 Glenwood Avenue, Suite 100 |

| City | State | Zip Code | City | State | Zip Code |
|---|---|---|---|---|---|
| Raleigh | NC | 27612 | Raleigh | NC | 27612 |

| Phone No. | Fax No. | Phone No. | Fax No. |
|---|---|---|---|
| 919.782.9322 | 919.782.8113 | 919.881.2111 | 919.781.8630 |

| Email Address: | Email Address: |
|---|---|
| mordan@wnslaw.com | dkirby@kirby-holt.com |

The named claimant, a party to an arbitration agreement dated  various , which provides for arbitration under the  unspecified  Arbitration Rules of the American Arbitration Association, hereby demands arbitration.

THE NATURE OF THE DISPUTE Breach of contract: As administrator of the estates of four Blackwater professionals killed by a mob of insurgents on 3/31/04 in Fallujah, Iraq, Respondent has breached decedents' contractual obligations not to sue, not to seek publicity and to protect classified and confidential information, to release Blackwater & all affiliates from all claims, and to assume all risks of "being shot, . . . killed by a firearm . . . , terrorist activity, hand to hand combat" etc. in Iraq. In order to safeguard both its own confidential information as well as sensitive information implicating the interest of the United States at war, Blackwater is filing its Memorandum in Support of this Demand under Article 34 of the above Rules ("Confidential").

| Dollar Amount of Claim $ 10,000,000.00 | Other Relief Sought: ☒ Attorneys Fees   ☒ Interest |
|---|---|
| | ☒ Arbitration Costs ☐ Punitive/ Exemplary ☐ Other |

AMOUNT OF FILING FEE ENCLOSED WITH THIS DEMAND (please refer to the fee schedule in the rules for the appropriate fee) $ 14,000.00

PLEASE DESCRIBE APPROPRIATE QUALIFICATIONS FOR ARBITRATOR(S) TO BE APPOINTED TO HEAR THIS DISPUTE:

The three (3) arbitrators should be knowledgeable in both military and government contract law, preferably with personal battlefield experience.

Hearing locale  Currituck County, N.C.    (check one) ☒ Requested by Claimant   ☒ Locale provision included in the contract

| Estimated time needed for hearings overall: | Type of Business: Claimant Contractor supporting U.S. Armed Forces & other U.S. Government clients in war zones |
|---|---|
| 7  hours or  0  days | Respondent Legal Representative of Deceased Private Security Professionals |

Is this a dispute between a business and a consumer?   ☐Yes ☒ No
Does this dispute arise out of an employment relationship?   ☐Yes ☒ No

If this dispute arises out of an employment relationship, what was/is the employee's annual wage range? Note: This question is required by California law. ☐Less than $100,000 ☐ $100,000 - $250,000 ☐ Over $250,000

You are hereby notified that copies of our arbitration agreement and this demand are being filed with the American Arbitration Association's Case Management Center, located in (check one) ☐ Atlanta, GA ☐ Dallas, TX ☐ East Providence, RI ☐ Fresno, CA ☒ International Centre, NY, with a request that it commence administration of the arbitration. Under the rules, you may file an answering statement within the timeframe specified in the rules, after notice from the AAA.

| Signature (may be signed by a representative)   Date: 12/14/06 | Name of Representative |
|---|---|
| | Michael P. Socarras LLP |

| Name of Claimant | Name of Firm (if applicable) |
|---|---|
| Blackwater Security Consulting, LLC | McDermott Will & Emery |

| Address (to be used in connection with this case): | Representative's Address: |
|---|---|
| P.O. Box 1029 | 600 Thirteenth Street, N.W. |

| City | State | Zip Code | City | State | Zip Code |
|---|---|---|---|---|---|
| Moyock | NC | 27958 | Washington | DC | 20006 |

| Phone No. | Fax No. | Phone No. | Fax No. |
|---|---|---|---|
| 252.435.2488 | 252.435.6388 | 202.756.8110 | 202.756.8087 |

| Email Address: | Email Address: |
|---|---|
| handrew@blackwaterusa.com | msocarras@mwe.com |

To begin proceedings, please send two copies of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to the AAA. Send the original Demand to the Respondent.

Please visit our website at www.adr.org if you would like to file this case online.  AAA Customer Service can be reached at 800-778-7879