# EXHIBIT G

Dockets.Justia.com

NORTH CAROLINA

WAKE COUNTY

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
05 CVS 000173

RICHARD P. NORDAN, as Ancillary )
Administrator for the separate Estates of )
STEPHEN S. HELVENSTON, MIKE R. )
TEAGUE, JERKO GERALD ZOVKO )
and WESLEY J.K. BATALONA, )
)
       Plaintiffs, )
)
   v. )
)
BLACKWATER SECURITY )
CONSULTING, LLC, a Delaware )
Limited Liability Company; )
BLACKWATER LODGE AND )
TRAINING CENTER, INC., a Delaware )
Corporation, JUSTIN L. )
MCQUOWN, an individual, )
)
       Defendants. )
)
_____ )

**ORDER FOR COMMISSION
TO TAKE DEPOSITION**

FROM THE PEOPLE OF THE STATE OF NORTH CAROLINA, TO
COMMISSIONER OR COURT REPORTER ASSOCIATED WITH NORTHERN
LIGHTS REAL TIME & REPORTING:

     WHEREAS, it appears to the Superior Court of the State of North Carolina,

County of Wake, from the application of Stephen S. Helvenston, Mike R. Teague,

Jerko Gerald Zovko and Wesley J. K. Batalona, that John Potter of Anchorage,

Alaska, is a material witness in the action currently pending in this Court, and that the

testimony of the witness can now be taken by Deposition; this Court appoints you a commissioner to examine the witness.

This Court requests that process issue in Anchorage, Alaska, requiring attendance and enforcing the obligations of the witness to produce documents and answer questions.

You are authorized and empowered on January 10, 2007, at 10:00 a.m. local time, at Ashburn & Mason, 1227 West 9th Avenue, Suite 200, Anchorage, Alaska, 99501, to administer under oath to the witness and to cause the testimony of the witness on oral examination to be videographically recorded and reduced to writing and subscribed by the witness, and to certify the deposition to the above-entitled court and forward it in a sealed envelope, endorsed with the title of this action and marked "Deposition of John Potter, to David F. Kirby, attorney for Plaintiff Richard P. Nordan, Ancillary Administrator of the Estates of Stephen S. Helvenston, Mike R. Teague, Jerko Gerald Zovko and Wesley J. K. Batalona at Kirby & Holt, L.L.P., P. O. Box 31665, Raleigh, North Carolina, 27622."

This the _15_ day of December, 2006.

The Honorable Donald W. Stephens
Senior Resident Superior Court Judge

Prdk11970.030

## CERTIFICATE OF SERVICE

    This is to certify that the undersigned has this day served the foregoing **Order for Commission to Take Deposition** in the above-entitled action on all of parties to this cause by depositing a copy, postage prepaid, in the United States Mail, addressed as follows:

Kirk G. Warner
Mark A. Ash
*Attorneys for Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc.*
Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP
Wachovia Capitol Center, Suite 2500
Raleigh, NC 27601

Patricia L. Holland
Rachel Esposito
*Attorneys for Justin L. McQuown*
Cranfill, Sumner & Hartzog, L.L.P.
225 Hillsborough Street, Suite 300
Raleigh, NC 27601

C. Allen Foster
*Attorneys for Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc.*
Greenberg Traurig, LLP
800 Connecticut Avenue, NW, Suite 500
Washington, DC 20006

Michael P. Socarras, Sr.
*Attorneys for Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc.*
McDermott Will & Emery, LLP
600 Thirteenth Street, NW
Washington, DC 20005-3096

William C. Crenshaw
Don R. Berthiaume
Ralph J. Caccia
***Attorneys for Justin L. McQuown***
Powell Goldstein, LLP
901 New York Avenue, NW, 3rd Floor
Washington, DC  20001

This the 15th day of December, 2006.

William B. Bystrynski
Kirby & Holt, L.L.P.

Prdk11970.030