# EXHIBIT H

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| RICHARD P. NORDAN, as Ancillary Administrator for the separate Estates of STEPHEN S. HELVENSTON, MIKE R. TEAGUE, JERKO GERALD ZOVKO, and WESLEY J.K. BATALONA,<br><br>Plaintiffs,<br><br>vs.<br><br>BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation, JUSTIN L. MCQUOWN, an individual; and THOMAS POWELL, an individual<br><br>Defendants. | Case No. _____Civil<br>North Carolina Case No. 05CV000173 |

## ORDER

IT IS HEREBY ORDERED that expedited consideration of Plaintiff's Motion to Issue Subpoena for Taking the Deposition of John Potter is GRANTED.

DATED: 12/18/06          By: _____
                              SUPERIOR COURT JUDGE

*Any opposition to the underlying Motion must be received in chambers by 12/26/06. A fax filing can be arranged by contacting my assistant, Hilary Williams, @ (907) 264-0667.*

Page 1 of 2