AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

___EASTERN___ District of ___NORTH CAROLINA___

BLACKWATER SECURITY CONSULTING, LLC,
a Delaware Limited Liability Co., et al.

**SUMMONS IN A CIVIL ACTION**

V.

RICHARD P. NORDAN, as Ancillary
Administrator for the Separate Estates of
Stephen S. Helvenston, Mike R. Teague, et al.

CASE NUMBER: 2:06-CV-49-F

TO: (Name and address of Defendant)

RICHARD P. NORDAN, Attorney at Law
Wallace, Nordan & Sarda, LLP
Suite 240, 3605 Glenwood Avenue
Raleigh, NC 27605

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kirk G. Warner
Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP
P.O. Box 2611
2500 Wachovia Capitol Center
Raleigh, NC 27602

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MICHAEL BROOKS, Acting Clerk                    12/21/06
CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/21/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Joe W. Savage | Courier |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

        place of business

☒ Left copies thereof at the defendant's ~~dwelling house~~ or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: Debbie Leonard

☐ Returned unexecuted:


☐ Other (specify):


### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/21/6
              Date             Signature of Server

                    Smith Anderson - 150 Fayetteville St.
                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P.
(919) 821-1220

# ERRAND COVER SHEET

Date Requested: **December 21, 2006**   Time Requested: **9:45**   ☐ a.m.   ☒ p.m.

*NOTE: If the errand cannot be completed as per instructions, contact immediately:
   Attorney: **KGW**   Telephone: **6617**
   AA/Paralegal: **ERM**   Telephone: **2039**

## DESTINATION

☐ Wake County Courthouse/Clerk's Office
☐ Register of Deeds
☐ Federal Court Building/Clerk's Office
☐ Secretary of State
☐ Quintiles
☒ Other: **Richard P. Nordan**
   **Wallace, Nordan & Sarda, LLP**
   **3605 Glenwood Avenue, Suite 240**
   **Raleigh, NC 27605**
   **Contact Telephone Number: (919) 782-9322**

## **INSTRUCTIONS**

**Must Be Completed By:** Time: **ASAP**   ☐ a.m.   ☒ p.m   Date: **Today**  **

☒ Delivery Only
☐ Pick-up Only
☐ Round Trip
☐ File _____ Original(s) and return _____ File Stamped Copy(ies)
☐ Wait for Documents to be Signed/Notarized
☐ Special Instructions: **MUST BE DELIVERED FIRST**
   **PLEASE HAVE COURIER COME TO MY DESK UPON RETURN**

Return Docs to: _____

## CHARGE

Client/Firm Charge Name: **BLACKWATER**
Client/Firm Number: **9125.1**
Attorney Approval: **KGW**
AA/Paralegal: **ERM**

*********************************************************************

## TO BE COMPLETED BY COURIER

Name: *John W. Savage*   Type of Errand:
Mileage: _____   ☐ Walking
Total Time: _____   ☐ Inside Raleigh City Limits
(in quarter hour increments)   ☐ Triangle
Multiple Errands: ☐ Yes  ☐ No   ☐ Out of Triangle Area
Time Completed: _____

☒ Left Document With/ Package Received By: *Debbie Leonard*   Time: **10:15**