THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION (ELIZABETH CITY)
CIVIL ACTION NO.: 2:06-CV-00049-F

BLACKWATER SECURITY
CONSULTING, LLC, a Delaware Limited
Liability Company; BLACKWATER
LODGE AND TRAINING CENTER, INC.,
a Delaware Corporation,

    Petitioners,

vs.

RICHARD P. NORDAN, as Ancillary
Administrator for the Separate Estates of
STEPHEN S. HELVENSTON, MIKE R.
TEAGUE, JERKO GERALD ZOVKO, and
WESLEY J. K. BATALONA,

    Respondents.

## DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Federal Rules of Civil Procedure Rule 7.1, Petitioners state that Blackwater Security Consulting, , LLC, and Blackwater Lodge and Training Center, Inc. are wholly-owned subsidiaries of The Prince Group. No publicly-held company owns ten percent (10%) or more of the stock of any of the foregoing entities.

This the 21st day of December 2006.

        **SMITH, ANDERSON, BLOUNT, DORSETT,**
        **MITCHELL & JERNIGAN, L.L.P.**

By:   /s/ Kirk G. Warner
       Kirk G. Warner (NC Bar No. 16238)
       Christopher R. Kiger (NC Bar No. 28618)
       Post Office Box 2611
       Raleigh, North Carolina 2611
       Telephone:  (919) 821-1220
       Facsimile:  (919) 821-6800
       E-Mails:  kwarner@smithlaw.com
                   ckiger@smithlaw.com

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing document in the above-entitled action upon all other parties to this case by U.S. Mail, addressed as follows:

> David F. Kirby
> Kirby & Holt, LLP
> 3201 Glenwood Avenue
> Suite 100
> Raleigh, North Carolina  27612
>
> Richard P. Nordan
> Wallace, Nordan & Sarda
> 3605 Glenwood Avenue
> Suite 240
> Raleigh, North Carolina 27612

This the 21st day of December, 2006.

                                          /s/ Kirk G. Warner