THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:06-CV-49 (F)

| | |
|---|---|
| BLACKWATER SECURITY )<br>CONSULTING, LLC, a Delaware Limited )<br>Liability Company; BLACKWATER )<br>LODGE AND TRAINING CENTER, INC., )<br>a Delaware Corporation, )<br>)<br>    Plaintiffs/Petitioners, )<br>)<br>v. )<br>)<br>RICHARD P. NORDAN, as Ancillary )<br>Administrator for the separate Estates of )<br>STEPHEN S. HELVENSTON, MIKE R. )<br>TEAGUE, JERKO GERALD ZOVKO and )<br>WESLEY J.K. BATALONA, )<br>)<br>    Defendant/Respondent. )<br>_____) | **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 83.1, EDNC, Daniel J. Callahan, Brian J. McCormack, and Marc P. Miles of Callahan & Blaine, APLC, 3 Hutton Centre Drive, Ninth Floor, Santa Ana, California 92707, appear as counsel for Defendant RICHARD P. NORDAN, as Ancillary Administrator for the separate Estates of STEPHEN S. HELVENSTON, MIKE R. TEAGUE, JERKO GERALD ZOVKO and WESLEY J.K. BATALONA in the above-entitled action.

Daniel J. Callahan is a member in good standing of the following courts:

    1.    United States Supreme Court;

    2.    Supreme Court of California;

1

3. Supreme Court of Hawaii;

4. The United States District Court for the District of Hawaii;

5. The United States Court of Appeals for the Ninth Circuit;

6. The United States District Court for the Northern District of California;

7. The United States District Court for the Central District of California;

8. The United States District Court for the Eastern District of California;

9. The United States District Court for the Southern District of California;

10. The United States Tax Court; and

11. The United States District Court for the District of Arizona.

Brian J. McCormack is a member in good standing of the following courts:

1. California Supreme Court; and

2. The United States District Court for the Central District of California.

Marc P. Miles is a member in good standing of the following courts:

1. United States Supreme Court;

2. Supreme Court of California;

3. The United States Court of Appeals for the Fourth Circuit;

2. The United States Court of Appeals for the Ninth Circuit; and

3. The United States District Court for the Central District of California.

The appearance of Mr. Callahan, Mr. McCormack, Mr. Miles and Callahan & Blaine is made in association with David F. Kirby (N.C. Bar No.: 7841) and William B. Bystrynski (N.C. Bar No.: 20883) of the law firm of Kirby & Holt, LLP, P.O. Box 31665, Raleigh, North Carolina 27622, who appear as co-counsel for Plaintiff RICHARD P. NORDAN, as Ancillary Administrator for the separate Estates of STEPHEN S. HELVENSTON, MIKE R. TEAGUE,

JERKO GERALD ZOVKO and WESLEY J.K. BATALONA in the above-entitled action.

This 10th day of January 2007.

**CALLAHAN & BLAINE, APLC**

By: _[signature]_

DANIEL J. CALLAHAN (Cal. Bar No. 91490)
BRIAN J. McCORMACK (Cal. Bar No. 167547)
MARC P. MILES (Cal. Bar No. 197741)
3 Hutton Centre Drive, Suite 900
Santa Ana, California 92707
(714) 241-4444
Fax: (714) 241-4445
Attorneys for Plaintiff
RICHARD P. NORDAN, as the Ancillary
Administrator of the separate Estates of STEPHEN
S. HELVENSTON, MIKE R. TEAGUE, JERKO
GERALD ZOVKO and WESLEY J.K.
BATALONA

**KIRBY & HOLT, LLP**

By: _[signature]_

DAVID F. KIRBY (N.C. Bar No. 7841)
WILLIAM B. BYSTRYNSKI (N.C. Bar No. 20883)
P.O. Box 31665
Raleigh, North Carolina 27622
(919) 881-2111
Fax: (919) 781-8630
LR 83.1 Counsel
Attorneys for Plaintiff
RICHARD P. NORDAN, as the Ancillary
Administrator of the separate Estates of STEPHEN
S. HELVENSTON, MIKE R. TEAGUE, JERKO
GERALD ZOVKO and WESLEY J.K.
BATALONA

## CERTIFICATE OF SERVICE

I hereby certify I electronically served **Notice of Appearance** by sending notification via email addressed to the following:

Kirk G. Warner
kwarner@smithlaw.com
Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP
P. O. Box 2611
Raleigh, NC 27602

This the 10 day of January, 2007.

KIRBY & HOLT, L.L.P.

David F. Kirby
N.C. Bar #7841