IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 2:06-cv-49-F

Blackwater Security Consulting, LLC, et al.    )
Plaintiff(s),                                  )
                                               )
vs                                             )
                                               )
Richard P. Nordan, etc.                        )
Defendant(s).                                  )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

Richard P. Nordan        who is   Defendant/Respondent      ,
(name of party/amicus)            (appellant/appellee/amicus)

makes the following disclosure:

1.  Is party/amicus a publicly held corporation or other publicly held entity?

    YES  ◯        NO  ⦿

2.  Does party/amicus have any parent corporations?

    YES  ◯        NO  ⦿

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3.  Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?

    YES  ◯        NO  ⦿

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule ??.??)?

    YES ○        NO ●

If yes, identify entity and nature of interest:

5. Is party a trade association?

    YES ○        NO ●

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

Signature: _____

Date: January 10, 2007

## CERTIFICATE OF SERVICE

I hereby certify I electronically served **Disclosure of Corporate Affiliations** by sending notification via email addressed to the following:

Kirk G. Warner
kwarner@smithlaw.com
Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP
P. O. Box 2611
Raleigh, NC 27602

This the 10th day of January, 2007.

KIRBY & HOLT, L.L.P.

David F. Kirby
N.C. Bar #7841