# EXHIBIT D

Dockets.Justia.com

| | |
|---|---|
| **NORTH CAROLINA** | **IN THE GENERAL COURT OF JUSTICE** |
| | **SUPERIOR COURT DIVISION** |
| **WAKE COUNTY** | **05 CVS 173** |

2007 JAN 12 P 3:53

RICHARD P. NORDAN, as Ancillary )
Administrator for the separate Estates of ) WCSC
STEPHEN S. HELVENSTON, MIKE R. )
TEAGUE, JERKO GERALD ZOVKO and )
WESLEY J. K. BATALONA, )
                                   Plaintiff, )
                                  v. )      **NOTICE OF APPEAL**

BLACKWATER SECURITY )
CONSULTING, LLC, BLACKWATER )
LODGE AND TRAINING CENTER, INC., )
and JUSTIN L. McQUOWN, )
                                  Defendants. )

Pursuant to N.C. Gen. Stat. §§ 7A-27(d) and 1-277(a), and Rule 3 of the North Carolina Rules of Appellate Procedure, Defendants Blackwater Security Consulting, LLC, and Blackwater Lodge and Training Center, Inc. ("Blackwater"), hereby give notice of appeal to the Court of Appeals from the Order for Commission to Take Deposition entered in this matter on December 15, 2006, and from the Order Upon Reconsideration entered in this matter on January 4, 2007, which affect substantial rights of Blackwater including federally protected immunity from suit and arbitration rights.

This the 12th day of January, 2007.

                         SMITH, ANDERSON, BLOUNT, DORSETT,
                         MITCHELL & JERNIGAN, LLP

                         By: _____
                         Kirk G. Warner
                         N.C. State Bar No. 16238
                         Mark A. Ash
                         N.C. State Bar No. 13967
                         P.O. Box 2611
                         Raleigh, North Carolina 27602
                         TEL: 919.821.1220
                         FAX: 919-821-6800

                         Attorneys for Blackwater Security Consulting, LLC
                         and Blackwater Lodge and Training Center, Inc.

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing **NOTICE OF APPEAL** in the above-entitled action upon all other parties to this cause by U.S. Mail, addressed to the following parties:

>David F. Kirby
>William B. Bystrynski
>Kirby & Holt, LLP
>3201 Glenwood Avenue, Suite 100
>Raleigh, North Carolina 27612
>Attorneys for Plaintiff
>
>Daniel J. Callahan
>Marc P. Miles
>Callahan & Blaine, APLC
>3 Hutton Centre Drive, Suite 900
>Santa Ana, California 92707
>Attorneys for Plaintiff
>
>Patricia L. Holland
>Rachel Esposito
>Cranfill, Sumner & Hartzog, LLP
>P.O. Box 27808
>Raleigh, NC 27611-7808
>Attorney for Defendant Justin McQuown
>
>William C. Crenshaw
>Powell & Goldstein, LLP
>901 New York Avenue, NW, Third Floor
>Washington, DC 20001-4413
>Attorney for Defendant Justin McQuown

This the 12th day of January, 2007.

_____
Kirk G. Warner

3