# EXHIBIT E

**BLACKWATER SECURITY CONSULTING, LLC**

# MEMBERSHIP CERTIFICATE

This Certifies that  BLACKWATER LODGE AND TRAINING CENTER, INC.  is a member of the above named Limited Liability Company and is entitled to the full benefits and privileges of such membership, subject to the duties and obligations, as more fully set forth in the Limited Liability Company Operating Agreement.

In Witness Whereof, the Limited Liability Company has caused this Certificate to be executed by its duly authorized members this  22nd  day of  JANUARY  2002.
and its Limited Liability Company seal to be hereunto affixed.

BLACKWATER LODGE AND TRAINING CENTER, INC.

By: *[signature]*
Name: E. W. Prince
Its: CEO

© 1999 CORPEX BANKNOTE CO., BAY SHORE N.Y.