# EXHIBIT F

| | | |
|---|---|---|
| "Brigitte Omane" <Omaneb@adr.org> 01/18/2007 01:40 PM | To | <MSocarras@mwe.com>, "Marc Miles" <MMiles@callahan-law.com> |
| | cc | |
| | bcc | |
| | Subject | RE: Blackwater Security Consulting, LLC et al. v. Nordan, No. 50 181 T 00524 06  (AAA ICDR) |

Good Afternoon All:

This will serve to confirm that the ICDR is not in receipt of an Answer/Statement of Defense and/or Counterclaim (due on January 15, 2007) to the Demand for Arbitration filed by Claimant on December 12, 2006.

In addition, please note that as the neutral administrators of the above arbitral proceeding, the ICDR will continue to administer the above case and provide the Respondent with copies of all communication in relation to the case.

Please find attached to this e-mail the Arbitrator Selection list for the parties' review.

Thank you.

-----Original Message-----
**From:** MSocarras@mwe.com [mailto:MSocarras@mwe.com]
**Sent:** Thursday, January 18, 2007 12:08 PM
**To:** Brigitte Omane
**Subject:** Blackwater Security Consulting, LLC et al. v. Nordan, No. 50 181 T 00524 06 (AAA ICDR)

Ms. Brigitte Omane
Case Administrator
American Arbitration Association
International Centre for Dispute Resolution
New York, New York

Re:  Blackwater Security Consulting, LLC *et al.* v. Nordan, No. 50 181 T 00524 06  (AAA ICDR)

Dear Ms. Omane:

1. Can you please confirm by reply email today that Richard P. Nordan has not filed a statement of defense within the time provided by AAA ICDR rules?

2. Can you also please confirm whether this Arbitration continues to proceed *ex parte* without Mr. Nordan's participation?

I request your reply so that my clients can inform the United States District Court for the Eastern

District of North Carolina, Northern Division, about the status of points 1 and 2 today.

Sincerely,

Michael P. Socarras
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, D.C. 20005
202-756-8000 (main)
202-756-8110 (direct)
202-756-8087 (fax)
202-361-9231 (mobile)
msocarras@mwe.com

Counsel for Claimants Blackwater Security Consulting, LLC and
Blackwater Lodge and Training Center, Inc.

***********************************************************************************************
***

IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

---

This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
***********************************************************************************************
***

Please visit http://www.mwe.com/ for more information about our Firm.

50_181_T_524_6_IARBCL_6589593.doc   50_181_T_524_6_ILIST3_6589595.doc   502006000524_1_20070118_1332.pdf