**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CIVIL ACTION NO. 2:06-CV-00049-F**

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; and BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation<br><br>    Petitioners,<br><br>v.<br><br>RICHARD P. NORDAN, as Ancillary Administrator for the Separate Estates of STEPHEN S. HELVENSTON, MIKE R. TEAGUE, JERKO GERALD ZOVKO, and WESLEY J. K. BATALONA,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)   **NOTICE OF APPEARANCE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Michael P. Socarras of McDermott Will & Emery, LLP, 600 13th Street, N.W., Washington, DC 20005 appears as counsel for Petitioners Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc. in the above-captioned lawsuit.

Mr. Socarras (D.C. Bar No. 418127 and Missouri Bar No. 49179) is licensed to practice law in, and is a member in good standing of the bars of the District of Columbia and of Missouri. He is also admitted before the United States District Court for the District of Columbia and of the United States District Court for the Western District of Missouri.

Mr. Socarras and the firm of McDermott Will & Emery LLP appear in association with Kirk G. Warner, NC State Bar No. 16238 and Mark A. Ash, NC State Bar No.13967, of the law firm Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., P.O. Box 2611, Raleigh, North Carolina 27602-2611, who appear as co-counsel for Petitioners Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc.

This the 23rd day of January, 2007.

        McDERMOTT, WILL & EMERY, LLP

        By: /s/ Michael P. Socarras
            Michael P. Socarras
            DC Bar No. 418127
            600 13th Street NW
            Washington, DC  20005
            (202) 756-8000
            Facsimile: (202) 756-8087
            msocarras@mwe.com

        SMITH, ANDERSON, BLOUNT, DORSETT,
        MITCHELL & JERNIGAN, L.L.P.

        By:   /s/ Kirk G. Warner
            Kirk G. Warner
            NCSB No. 16238
            Mark A. Ash
            NCSB No. 13967
            Post Office Box 2611
            Raleigh, North Carolina 27602
            (919) 821-1220
            Facsimile: (919) 821-6800
            kwarner@smithlaw.com
            mash@smithlaw.com

        ATTORNEYS FOR PETITIONERS

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 23, 2007, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notification of such filing was given, as indicated below, by the CM/ECF system to those registered, or by mailing a copy of the same by U.S. Mail, postage paid, to parties who are not registered to receive a Notice of Electronic Filing for this case:

      David F. Kirby
      Kirby & Holt, LLP
      3201 Glenwood Avenue
      Suite 100
      Raleigh, North Carolina  276212
      E-Mail: dkirby@kirby-holt.com
      Attorneys for Respondent

      Daniel J. Callahan
      Callahan & Blaine, APLC
      3 Hutton Centre Drive, Suite 900
      Santa Ana, California  92707
      E-Mail: daniel@callahan-law.com
      Attorneys for Respondent

This the 23rd day of January, 2007.

      /s/ Kirk G. Warner
      Kirk G. Warner