UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:06-CV-49-F

| | |
|---|---|
| BLACKWATER SECURITY ) <br> CONSULTING, LLC and ) <br> BLACKWATER LODGE AND ) <br> TRAINING CENTER, INC., ) <br>   ) <br>   Petitioners,  ) <br>   ) <br> vs.  ) <br>   ) <br> RICHARD P. NORDAN, as Ancillary ) <br> Administrator for the Separate Estates ) <br> of STEPHEN S. HELVENSTON, ) <br> MIKE R. TEAGUE, JERKO ) <br> GERALD ZOVKO, and WESLEY ) <br> J.K. BATALONA, ) <br>   ) <br>   Respondent. | **AFFIDAVIT OF WILLIAM B. BYSTRYNSKI** |

William B. Bystrynski, first being duly sworn, deposes and says:

1. I am an attorney practicing law with the law firm of Kirby & Holt, LLP, in Raleigh, North Carolina.

2. I represent the respondent Richard P. Nordan, as Ancillary Administrator for the Separate Estates of Stephen S. Helvenston, Mike R. Teague, Jerko Gerald Zovko, and Wesley J.K. Batalona.

3. I do not represent Mr. Nordan in his individual capacity, nor have I ever represented him in that capacity.

4. In December, 2006, I orally accepted service of a Blackwater arbitration demand, which I understood to be a demand on Richard P. Nordan in his official capacity as Ancillary Administrator for the Separate Estates.

5. I did not accept service of the demand for arbitration on behalf of Richard P. Nordan in his individually capacity, nor was I authorized to do so.

Further, affiant sayeth not.

This the 4th day of May, 2007.

KIRBY & HOLT, L.L.P.

William B. Bystrynski
Attorney for Defendant
P. O. Box 31665
Raleigh, North Carolina 27622
(919) 881-2111

Sworn to and subscribed before me
this the 4th day of May, 2007.

Lisa R. White
Notary Public

My Commission Expires: 11-4-2008

Prdk 11970.002



OFFICIAL SEAL
LISA R. WHITE
NOTARY PUBLIC
GRANVILLE COUNTY, N.C.
My Commission Expires 11-4-2008