UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:06-CV-49-F

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC and BLACKWATER LODGE AND TRAINING CENTER, INC., <br><br> Petitioners, <br><br> vs. <br><br> RICHARD P. NORDAN, as Ancillary Administrator for the Separate Estates of STEPHEN S. HELVENSTON, MIKE R. TEAGUE, JERKO GERALD ZOVKO, and WESLEY J.K. BATALONA, <br><br> Respondent. | **AFFIDAVIT OF WILLIAM B. BYSTRYNSKI** |

William B. Bystrynski, first being duly sworn, deposes and says:

1. I am an attorney practicing law with the law firm of Kirby & Holt, LLP, in Raleigh, North Carolina.

2. I represent the respondent Richard P. Nordan, as Ancillary Administrator for the Separate Estates of Stephen S. Helvenston, Mike R. Teague, Jerko Gerald Zovko, and Wesley J.K. Batalona.

3. I do not represent Mr. Nordan in his individual capacity, nor have I ever represented him in that capacity.

4. In December, 2006, I orally accepted service of a Blackwater arbitration demand, which I understood to be a demand on Richard P. Nordan in his official capacity as Ancillary Administrator for the Separate Estates.

5. I did not accept service of the demand for arbitration on behalf of Richard P. Nordan in his individually capacity, nor was I authorized to do so.

Further, affiant sayeth not.

This the 4th day of May, 2007.

KIRBY & HOLT, L.L.P.

_____
William B. Bystrynski
Attorney for Defendant
P. O. Box 31665
Raleigh, North Carolina 27622
(919) 881-2111

Sworn to and subscribed before me
this the 4th day of May, 2007.

_____
Notary Public

My Commission Expires: 11-4-2008

Prdk 11970.002



OFFICIAL SEAL
LISA R. WHITE
NOTARY PUBLIC
GRANVILLE COUNTY, N.C.
My Commission Expires 11-4-2008

## CERTIFICATE OF SERVICE

       I hereby certify that on May 4, 2007, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notification of such filing was given, as indicated below, by the CM/ECF system to those registered, or by mailing a copy of the same by U.S. Mail, postage paid, to parties who are not registered to receive a Notice of Electronic Filing for this case:

David F. Kirby
William B. Bystrynski
Kirby & Holt, LLP
3201 Glenwood Avenue, Suite 100
Raleigh, North Carolina 27612

Daniel J. Callahan
Marc P. Miles
Callahan & Blaine, APLC
3 Hutton Centre Drive, Suite 900
Santa Ana, California 92707

Michael P. Socarras
McDermott, Will, & Emery, LLP
600 13th Street N.W.
Washington, D.C. 2005

Kirk G. Warner
Mark Ash
Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP
Post Office Box 2611
Raleigh, North Carolina 27602-2611

This the 4th day of May, 2007

                                              /s/ David S. Coats
                                              David S. Coats