UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:06-CV-49-F

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC and BLACKWATER LODGE AND TRAINING CENTER, INC., Petitioners, <br><br> v. <br><br> RICHARD P. NORDAN, as Ancillary Administrator for the Separate Estates of STEPHEN S. HELVESTON, MIKE R. TEAGUE, JERKO GERALD ZOVKO, and WESLEY J. K. BATALONA, Respondent. | O R D E R |

This matter is before the court on Respondent's motion to shorten time to respond and motion for expedited hearing or ruling [DE-17]. For good cause shown, Respondent's motion to shorten time to respond is ALLOWED. Petitioners are DIRECTED to respond to Respondent's motion for reconsideration [DE-14] on or before **Thursday, May 10, 2007**. Respondent's motion for expedited hearing or ruling is DENIED.

SO ORDERED.

This the 7th day of May, 2007.

James C. Fox
Senior United States District Judge

1