# EXHIBIT 2

# KIRBY & HOLT LLP
### ATTORNEYS AT LAW

DAVID F. KIRBY
C. MARK HOLT
WILLIAM B. BYSTRYNSKI
ISAAC L. THORP
LAURIE G. ARMSTRONG

3201 GLENWOOD AVENUE • SUITE 100
RALEIGH, NORTH CAROLINA 27612

May 9, 2007

P.O. BOX 31665
RALEIGH, NC 27622
TEL: (919) 881-2111
FAX: (919) 781-8630
www.kirby-holt.com

The Honorable Donald W. Stephens
Wake County Superior Court
Wake County Courthouse
316 Fayetteville Street, 10th Floor
Raleigh, NC  27602

**<u>VIA HAND DELIVERY</u>**

Re:   <u>Nordan, as ancillary administrator, etc. v. Blackwater, et al.</u>
       Wake County, 05 CVS 173

Dear Judge Stephens:

   Presently, all pending motions in the above-captioned case are scheduled for hearing on May 15, 2007, and all briefing for the motions is due by May 10, 2007, as ordered by you.

   After you scheduled all motions for briefing and hearing, Judge Fox of the U.S. District Court entered an order on April 20, 2007, granting Blackwater's petition to compel arbitration and ordered "the parties...to proceed with arbitration in the manner provided for in the Service Agreements." Judge Fox in a footnote to his order stated that the federal court declined to enter a stay of the underlying state court action as the court "believes the parties and the [state court] will likely conform their conduct to the expectations of law." Judge Fox in his order also noted that the Federal Arbitration Act does not create an independent basis for federal jurisdiction and decided jurisdiction based on diversity of citizenship finding that Richard Nordan was appearing in the federal case as an administrator and thus his citizenship would be disregarded.

   As counsel for Richard Nordan, ancillary administrator, we filed motions with the U.S. District Court asking the court to vacate or modify its April 20, 2007, order as the arbitration claims by Blackwater are being prosecuted against Richard Nordan individually, and therefore diversity of citizenship is not present for federal jurisdiction. Judge Fox has granted our motion to shorten the time for Blackwater to respond to the motion for reconsideration ordering Blackwater to respond on or before May 10, 2007. A copy of the order is enclosed.

05/09/07  15:41 FAX 919 781 8630          KIRBY & HOLT LLP                    ☑003/003

**KIRBY & HOLT** LLP
ATTORNEYS AT LAW

The Honorable Donald W. Stephens
Page 2
May 9, 2007

    Blackwater's counsel, Mark A. Ash, sent you a letter on April 30, 2007, indicating that Blackwater would not be prosecuting their pending motions in state court but would proceed in arbitration. As the pending motion for reconsideration in federal court seeks to vacate or modify the April 20, 2007, order granting arbitration, we ask that the court remove the motions from the May 15 calendar and remove the May 10 briefing deadline for the motions as the parties await a ruling from the federal court.

    Our request is to temporarily remove these matters from the briefing schedule and calendar on behalf of Richard Nordan, ancillary administrator, in the above-captioned case. This request does not extend to any actions or hearings separately filed and scheduled by other counsel for Richard P. Nordan, individually.

    Thank you for your patience and attention to these matters.

    With highest regards, I remain

                  Sincerely,

                  KIRBY & HOLT, L.L.P.

                  David F. Kirby

DFK/ncb
Lndk11970.013
cc:   Richard P. Nordan
      Daniel J. Callahan
      Brian J. McCormack
      Marc P. Miles
      Michael P. Socarras
      Mark A. Ash
      Patricia L. Holland
      William C. Crenshaw

/07  15:41 FAX 919 781 8630          KIRBY & HOLT LLP                              ☒001/0

# KIRBY & HOLT LLP
## ATTORNEYS AT LAW

3201 Glenwood Avenue, Suite 100
Raleigh, North Carolina 27612
Telephone: (919) 881-2111
Facsimile : (919) 781-8630

## *FACSIMILE TRANSMISSION*

**To:** Mark Ash
Kirk G. Warner
**Firm:** Smith Anderson Blount Dorsett Mitchell & Jernigan, LLP
**Phone:** 821-1220
**Fax:** 821-6800

**From:** David F. Kirby
**Firm:** Kirby & Holt, L.L.P.
**Phone:** 919-881-2111
**Fax:** 919-781-8630

**Date:** May 9, 2007
**Pages including this cover page:** 3

**Re:** Nordan v. Blackwater Security, et al.

If you have any trouble receiving these pages or there is a transmission error, please call the sender at (919) 881-2111.

WED 15:37 [TX/RX NO 5073] ☒001