# EXHIBIT 3

Dockets.Justia.com

# Bibi Tucker

| | |
|---|---|
| **From:** | Mark Ash |
| **Sent:** | Friday, April 13, 2007 9:26 AM |
| **To:** | 'renee_miller@nced.uscourts.gov' |
| **Cc:** | 'mmiles@callahan-law.com'; 'dkirby@kirby-holt.com' |
| **Subject:** | Blackwater Security Consulting, LLC, et al. v. Richard P. Nordan, 2:06-CV-49-F |
| **Attachments:** | Memorandum in Opposition to TRO.pdf; Exhibit 1.pdf; Exhibit 2.pdf; Exhibit 3.pdf; Exhibit 4.pdf; Motion for TRO.pdf; Miles Affidavit.pdf |

Renee,

Attached please find the following: (1) Mr. Nordan's Motion for Temporary Restraining Order with Affidavit in Support, filed in Wake County Superior Court on April 11; and (2) Blackwater's Memorandum of Law in Opposition to Issuance of TRO, with exhibits. Judge Donald Stephens has scheduled a hearing on the motion for 10:30 a.m. today.

Very truly yours,
Mark Ash

    

Memorandum in Opposition to TR...   Exhibit 1.pdf (56 KB)   Exhibit 2.pdf (452 KB)   Exhibit 3.pdf (141 KB)   Exhibit 4.pdf (173 KB)

 

Motion for TRO.pdf (671 KB)   Miles Affidavit.pdf (3 MB)

1