# EXHIBIT 8

Dockets.Justia.com

# CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION

DANIEL J. CALLAHAN*
STEPHEN E. BLAINE
JIM P. MAHACEK@
MICHAEL J. SACHS†
EDWARD SUSOLIK
BRIAN J. McCORMACK
JAVIER H. VAN OORDT

CAROLINE A. MOLLOY#
SARAH C. SERPA
GREGORY B. SCARLETT
DAVID E. HAYEN
TAE J. IM
MARC P. MILES
JAMES R. ROUSE
DOUGLAS M. CARASSO
LEE E. BURROWS
MICHAEL T. SMITH
KIMBERLY A. MAYNARD
SUE Y. PARK
KATHLEEN L. DUNHAM
REBECCA S. LEEDS

OF COUNSEL
SHELLEY M. LIBERTO
IN RABAT, MOROCCO

3 HUTTON CENTRE DRIVE
NINTH FLOOR
SANTA ANA CALIFORNIA 92707
(714) 241-4444
FAX (714) 241-4445
WWW.CALLAHAN-LAW.COM

February 2, 2007

*ALSO MEMBER OF HAWAII STATE BAR
†ALSO MEMBER OF ILLINOIS STATE BAR
#ALSO A MEMBER OF COLORADO STATE BAR
@CERTIFIED APPELLATE SPECIALIST
STATE BAR OF CALIFORNIA
BOARD OF LEGAL SPECIALIZATION

LAURALI M. KOBAL
OFFICE ADMINISTRATOR

OUR FILE NUMBER:
2525-02

**VIA FAX & U.S. MAIL**

Ms. Brigitte Omane
International Centre for Dispute Resolution
1633 Broadway, 10th Floor
New York, NY 10019

RE:  **Blackwater Security Consulting, LLC, et al. v. Nordan, etc.**
     **Arbitration No.: 05 181 T 00524 06**

Dear Ms. Omane:

In your letter dated January 18, 2007, you have requested that our office respond to the proposed list of arbitrators. Please be advised that, while reserving all rights, Richard P. Nordan, as Ancillary Administrator for the Separate Estates of Stephen S. Helvenston, Mike R. Teague, Jerko Gerald Zovko and Wesley J.K. Batalona, hereby objects to all of the arbitrators on the list in that the ICDR is without jurisdiction over this matter because the subject claim is a compulsory counterclaim to a pending state court action in North Carolina (Case No. 05CV000173). There is currently a motion to dismiss pending in federal court in North Carolina (Case No. 2:06cv49) and with the ICDR. Since the ICDR is without jurisdiction over this claim, no arbitrator from the list can be selected to hear this case.

Very truly yours,

MARC P. MILES

cc:  Daniel J. Callahan, Esq.
     David F. Kirby, Esq.
     Michael P. Socarras, Esq.

G:\2525\2525-02\Cor\Omane 020207.wpd