Blackwater Security Consulting, LLC et al v Nordan
Case 2:06-cv-00049-F    Document 27-11    Filed 05/10/2007    Page 1 of 2
Doc. 27 Att. 10

# EXHIBIT 9

Dockets.Justia.com



**International Centre for Dispute Resolution**

Thomas Ventrone
Vice President

March 30, 2007

1633 Broadway, 10th Floor, New York, NY 10019
Telephone: 212-484-4181 Facsimile: 212-246-7274
Internet: http://www.adr.org/ICDR

**VIA ELECTRONIC MAIL ONLY**

Michael P. Socarras, Esq.
McDermott Will & Emery
600 Thirteenth Street, N.W.
Washington, DC 20005-3096

Richard P. Nordan
Wallace, Nordan &
Raleigh, NC
Re: 50 181 T 00524 06
    Blackwater Security Consulting, LLC & Blackwater
    Lodge and Training Center, Inc.
    vs
    Richard P. Nordan

Dear Parties:

Please be advised that the ICDR has determined to uphold the challenge to Arbitrator Sessions' continued service as a Panel Member.

Pursuant to Article 6, at the written request of any party, we will complete the appointment process by administratively appointing a third arbitrator to serve with Arbiters Dreyfus and Webster.

Sincerely,

*B.Omane*

Brigitte Omane
International Case Manager
212 484 4036
OmaneB@adr.org

Michael Namias
ICDR Supervisor
212 484 4170
NamiasM@adr.org