# EXHIBIT 10

Dockets.Justia.com

# WALLACE, NORDAN & SARDA, L.L.P.

JOHN R. WALLACE*
PETER J. SARDA
RICHARD P. NORDAN
JOSEPH A. NEWSOME

*ALSO ADMITTED IN FLORIDA

ATTORNEYS AT LAW
GLENWOOD PLAZA
3605 GLENWOOD AVENUE, SUITE 240
RALEIGH, NORTH CAROLINA 27612

MAILING ADDRESS:
P.O. BOX 12065
RALEIGH, N.C. 27605
(919) 782-9322

FAX
(919) 782-8113

April 10, 2007

Ms. Brigitte Omane
International Case Manager
International Centre for Dispute Resolution
1633 Broadway, 10th Floor
New York, NY 10019

VIA FACSIMILE AND US MAIL

RE: **Blackwater Security Consulting**, *et al.* **v. Nordan**, *ect.*
**Arbitration No..: 05 181 T 00524 06**

Dear Ms. Omane:

Please be advised that Callahan & Blaine and Kirby & Holt represent me with respect to the above reference arbitration claim filed by Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc. (collectively "Blackwater"). For the past three months, Callahan & Blaine has objected to the jurisdiction of the ICDR over Blackwater's claim on my behalf. In addition, both firms jointly filed a Motion to Dismiss Blackwater's petition to compel this arbitration, which is pending in the U.S. District Court for the Eastern District of North Carolina (Northern Division). Please note that the District Court has not granted the petition or otherwise issued any order compelling this arbitration.

However, I note that you recently stopped sending notices to my counsel. Please understand that I am currently, and have always been, represented by these two firms. Please send all correspondence and notices to Callahan & Blaine and Kirby & Holt.

Very truly yours,

Richard P. Nordan

CC: Marc P. Miles
David F. Kirby
Michael P. Socarras