# EXHIBIT 11

Dockets.Justia.com

| | |
|---|---|
| **From:** | Bill Bystrynski [bbystrynski@kirby-holt.com] |
| **Sent:** | Friday, May 04, 2007 4:51 PM |
| **To:** | Brigitte Omane; MSocarras@mwe.com; rnordan@wnslaw.com; marcm@callahan-law.com; bjm@callhan-law.com; Mark Ash; Matt Martin; David Kirby; rrodrigues@mwe.com |
| **Subject:** | RE: Blackwater vs. Nordan |

Dear Ms. Omane:

  Counsel for Richard Nordan, ancillary administrator, can be available for the preliminary hearing conference call on May 25, 29 or 30, after 1 p.m. Eastern Time on each of those dates.

  Please be advised the issue of this tribunal's jurisdiction is not settled, Nordan is objecting to such jurisdiction, and there are motions pending in federal court concerning this jurisdictional issue. As such, this letter should not be construed as an acknowledgment that the ICDR has any jurisdiction over Richard P. Nordan individually, or over the matter as a whole.

  With highest regards I am,

  Very truly yours

Bill Bystrynski


**William B. Bystrynski**
**Kirby & Holt, LLP**
3201 Glenwood Ave. Suite 100
Raleigh, NC 27612
Phone: (919) 881-2111
Fax: (919) 781-8630
Email: bbystrynski@kirby-holt.com
Website: www.kirby-holt.com