IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:06-CV-00049-F

BLACKWATER SECURITY CONSULTING, LLC, a
Delaware Limited Liability Company; and
BLACKWATER LODGE AND TRAINING CENTER,
INC., a Delaware Corporation,

    Petitioners,

v.

RICHARD P. NORDAN, as Ancillary Administrator for
the Separate Estates of STEPHEN S. HELVENSTON,
MIKE R. TEAGUE, JERKO GERALD ZOVKO, and
WESLEY J. K. BATALONA,

    Respondent.

NOTICE OF APPEARANCE

TO:    The Clerk of Court and all parties of record:

Please enter my appearance in this case for Plaintiffs, in conjunction with my law partner, Kirk G. Warner.

This the 16th day of May, 2007.

    SMITH, ANDERSON, BLOUNT, DORSETT,
    MITCHELL & JERNIGAN, LLP

    By:    /s/ Mark A. Ash
           Mark A. Ash
           N.C. State Bar No. 13967
           Kirk G. Warner
           N.C. State Bar No. 16238
           P.O. Box 2611
           Raleigh, North Carolina 27602
           919.821.1220
           Facsimile 919.821.6800
           mash@smithlaw.com
           kwarner@smithlaw.com

#963197_1.DOC

McDERMOTT, WILL & EMERY, LLP

By: /s/ Michael P. Socarras
    Michael P. Socarras
    DC Bar No. 418127
    600 13th Street NW
    Washington, DC 20005
    (202) 756-8000
    Facsimile: (202) 756-8087
    msocarras@mwe.com
*Attorneys for Petitioners Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc.*

#963197_1.DOC

CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2007 the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notification of such filing was given, as indicated below, by the CM/ECF system to those registered:

David F. Kirby
Kirby & Holt, LLP
3201 Glenwood Avenue
Suite 100
Raleigh, North Carolina 276212
E-Mail: dkirby@kirby-holt.com
*Attorneys for Respondent*

Daniel J. Callahan
Callahan & Blaine, APLC
3 Hutton Centre Drive, Suite 900
Santa Ana, California 92707
E-Mail: daniel@callahan-law.com
*Attorneys for Respondent*

David S. Coats
Bailey & Dixon, L.L.P.
P.O. Box 1351
Raleigh, NC 27602-1351
dcoats@bdixon.com
*Attorneys for Respondent*

This the 16th day of May, 2007.

/s/ Mark A. Ash
Mark A. Ash

#963197_1.DOC