THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:06-CV-49 (F)

| | |
|---|---|
| BLACKWATER SECURITY )<br>CONSULTING, LLC, a Delaware Limited )<br>Liability Company; BLACKWATER )<br>LODGE AND TRAINING CENTER, INC., )<br>a Delaware Corporation, )<br>)<br>Plaintiffs/Petitioners, )<br>)<br>v. )<br>)<br>RICHARD P. NORDAN, as Ancillary )<br>Administrator for the separate Estates of )<br>STEPHEN S. HELVENSTON, MIKE R. )<br>TEAGUE, JERKO GERALD ZOVKO and )<br>WESLEY J.K. BATALONA, )<br>)<br>Defendant/Respondent. )<br>_____) | **NOTICE OF APPEAL** |

Notice is hereby given that Defendant Richard P. Nordan, as Ancillary Administrator for the Separate Estates of Stephen S. Helvenston, Mike R. Teague, Jerko Gerald Zovko and Wesley J.K. Batalona, in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the April 20, 2007 and May 11, 2007 Orders denying Defendant's motion to dismiss, motion for abstention and motion to stay, and directing the parties to arbitrate claims that are pending in a separate, two year-old state court case.

This 18th day of May 2007.

                                             CALLAHAN & BLAINE, APLC

By:        /s/ Marc P. Miles
                 DANIEL J. CALLAHAN (Cal. Bar No. 91490)
                 BRIAN J. McCORMACK (Cal. Bar No. 167547)
                 MARC P. MILES (Cal. Bar No. 197741)

1

Blackwater Security Consulting, LLC et al v Nordan — Doc. 30 — Dockets.Justia.com

3 Hutton Centre Drive, Suite 900
Santa Ana, California 92707
(714) 241-4444
Fax: (714) 241-4445
Attorneys for Plaintiff
RICHARD P. NORDAN, as the Ancillary Administrator of
the separate Estates of STEPHEN S. HELVENSTON,
MIKE R. TEAGUE, JERKO GERALD ZOVKO and
WESLEY J.K. BATALONA

**KIRBY & HOLT, LLP**

By:     /s/ David F. Kirby
DAVID F. KIRBY (N.C. Bar # 7841)
WILLIAM B. BYSTRYNSKI (N.C. Bar # 20883)
P.O. Box 31665
Raleigh, North Carolina 27622
(919) 881-2111
Fax: (919) 781-8630
LR 83.1 Counsel
Attorneys for Plaintiff
RICHARD P. NORDAN, as the Ancillary Administrator of
the separate Estates of STEPHEN S. HELVENSTON,
MIKE R. TEAGUE, JERKO GERALD ZOVKO and
WESLEY J.K. BATALONA

G:\2525\2525-02\Pleadings\Federal\BW Arbitration Claim\Notice of Appeal.wpd

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **Notice of Appeal** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kirk G. Warner
Mark A. Ash
*Attorney for Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc.*
Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP
P. O. Box 2611
Raleigh, NC 27602

Michael P. Socarras, Sr.
*Attorney for Blackwater Security Consulting, LLC and Blackwater Lodge and Training Center, Inc.*
McDermott Will & Emery, LLP
600 Thirteenth Street, NW
Washington, DC 20005-3096

David S. Coats
Bailey & Dixon, L.L.P.
P. O. Box 1351
Raleigh, NC 27602

This the 18th day of May, 2007.

/s/David F. Kirby
David F. Kirby
Kirby & Holt, L.L.P.