Blackwater Security Consulting, LLC et al v Nordan                                                          Doc. 32

```
                    UNITED STATES COURT OF APPEALS
                       FOR THE FOURTH CIRCUIT
```

May 31, 2007

**NOTICE OF APPELLATE CASE OPENING**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FOURTH CIRCUIT INFORMATION**
---------------------------

   **Court of Appeals Case #:**  7-1508

   **Short Caption:**  Blackwater Security v. Nordan

   **Date NOA Received 4CCA:**  5/22/07

   **Case Manager:**  Sharon A. Wiley


**DISTRICT COURT INFORMATION**
--------------------------

   **Division:**  Eastern District of North Carolina at Elizabeth City

   **District Court Case Number(s):**

   2:06-cv-00049-F

   **Date NOA Filed in District Court:**  5/18/07

Dockets.Justia.com