**UNITED STATES DISTRICT COURT**

**FOR THE**

**AT**

**vs.**                                                                 **No.**

**CERTIFICATE**

**I,**                                  **, Clerk of the United States District Court for the**

                        **, certify that the record in this case is complete for**

**purposes of the appeal and is available for transmission to the court of appeals**

**upon request.**

**Date:** _____

**By** _____
           **Deputy Clerk**