Blackwater Security Consulting, LLC et al v Nordan
Case 2:06-cv-00049-F   Document 35-6   Filed 07/10/2007   Page 1 of 3
Doc. 35 Att. 5

# EXHIBIT C



**International Centre for Dispute Resolution**

Thomas Ventrone
Vice President

1633 Broadway, 10th Floor, New York, NY 10019
telephone: 212-484-4181  facsimile: 212-246-7274
internet: http://www.adr.org/ICDR

July 5, 2007

**CONFIDENTIAL**

Michael P. Socarras, Esq.
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, DC 20005-3096

Raquel Rodriguez, Esq.
McDermott Will & Emery LLP
201 South Biscayne Blvd., 22nd Floor
Miami, FL 33131-4336

Pieter H. Bekker, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Daniel Callahan, Esq.
Marc P. Miles, Esq.
Callahan & Blaine, APLC, Suite 900
Santa Ana, CA 92707

David F. Kirby, Esq.
Kirby & Holt, LLP
3201 Glenwood Avenue, Suite 100
Raleigh, NC 27612

Re: 50 181 T 00524 06
    Blackwater Security Consulting, LLC & Blackwater
    Lodge and Training Center, Inc.
    vs
    Richard P. Nordan

Dear Counsel,

Please note that Respondent's Counsel has advised the ICDR today via phone that Respondent is unable to advance Respondent's share of the Tribunal's compensation and expenses.

Pursuant to the International Dispute Resolution Procedures, Claimants' Counsel is kindly asked to advise the ICDR about whether Claimants are willing to advance Respondent's share for this proceeding.

Please note that if we are not fully funded we will have to inform the Tribunal of the shortfall. The Tribunal may then decide whether to proceed or to suspend/terminate the proceedings. Please be advised that it is not uncommon for Tribunals to suspend proceedings when they are informed that the ICDR has not secured enough funds to cover their compensation requirements.

To avoid any further delays, Claimants' Counsel is kindly asked to advise about their position possibly by tomorrow, July 6, 2007, and by the latest by **July 11, 2007**.

If you have any questions or concerns, please do not hesitate to contact me any time via phone or e-mail.

Sincerely,

***Christian Paul Alberti***

Christian Paul Alberti, LL.M.
Attorney-at-Law, Germany

ICDR Solutions Manager
212 484 4037
AlbertiC@adr.org

Michael Namias
ICDR Supervisor
212 484 4170
NamiasM@adr.org