# EXHIBIT F

Dockets.Justia.com

| | |
|---|---|
| **"Coats, David" &lt;DCoats@bdixon.com&gt;**<br><br>06/26/2007 09:51 AM | To &lt;msocarras@mwe.com&gt;<br>cc "Kirk Warner" &lt;kwarner@smithlaw.com&gt;<br>Subject Blackwater |

My client does not consent to anything.

```
David S. Coats
Bailey & Dixon, L.L.P.
Post Office Box 1351
Raleigh, North Carolina 27602
Telephone: (919) 828-0731
Facsimile: (919) 828-6592
E-mail: dcoats@bdixon.com
Web Address: www.bdixon.com
```

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, notice is hereby given that any dissemination or copying of this communication is strictly prohibited. If you received this communication in error, please notify us immediately by telephone or e-mail and delete this message from your computer and network server. Thank you.

#975991_1.DOC