UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Case No. 2:06-CV-49-F

| | |
|---|---|
| BLACKWATER SECURITY ) <br> CONSULTING, LLC, a Delaware Limited ) <br> Liability Company; BLACKWATER ) <br> LODGE AND TRAINING CENTER, INC., ) <br> a Delaware Corporation, ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> RICHARD P. NORDAN, ) <br> as Ancillary Administrator for the separate ) <br> Estates of WESLEY J.K. BATALONA, ) <br> JERKO ZOVKO, MIKE R. TEAGUE, and ) <br> STEPHEN S. HELVENSTON, ) <br> ) <br> Respondent. ) | O R D E R |

This matter is before the Court on Petitioners' Motion to Seal Documents [DE-106]. For good cause shown, the Petitioners' Motion to Seal Documents is ALLOWED. The Clerk of Court is directed to seal the documents attached as Exhibits 3, 4, 6-19, 21 and 22 to [DE-99].

SO ORDERED, this the 15th day of Sept., 2010

JAMES C. FOX
United States District Judge

Case 2:06-cv-00049-F   Document 111   Filed 09/15/10   Page 1 of 1