UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Case No. 2:06-CV-49-F

BLACKWATER SECURITY )
CONSULTING, LLC, a Delaware Limited )
Liability Company; BLACKWATER )
LODGE AND TRAINING CENTER, INC., )
a Delaware Corporation, )
)
) ORDER TO
Petitioners, ) TO SEAL DOCUMENTS
) CITED IN BLACKWATER'S
v. ) RESPONSE TO MOTION
) TO VACATE
RICHARD P. NORDAN, )
as Ancillary Administrator for the separate )
Estates of WESLEY J.K. BATALONA, )
JERKO ZOVKO, MIKE R. TEAGUE, and )
STEPHEN S. HELVENSTON, )
)
Respondent. )
)

This matter is before the Court on Blackwater's Motion to Seal Documents cited in its Response to Respondent's Motion to Vacate (DE-109). For good cause shown, Blackwater's Motion in ALLOWED. The Clerk of Court is directed to seal the proposed sealed documents at DE-107.

This the 15th day of September, 2010.

JAMES C. FOX
Senior United States District Judge

# 1766337_1.Doc