UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Case No. 2:06-CV-49-F

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, a Delaware Limited Liability Company; BLACKWATER LODGE AND TRAINING CENTER, INC., a Delaware Corporation, <br><br> Petitioners, <br><br> v. <br><br> RICHARD P. NORDAN, as Ancillary Administrator for the separate Estates of WESLEY J.K. BATALONA, JERKO ZOVKO, MIKE R. TEAGUE, and STEPHEN S. HELVENSTON, <br><br> Respondent. | ORDER SEALING EXHIBIT CITED IN BLACKWATER'S MEMORANDUM IN SUPPORT OF PETITION TO CONFIRM ARBITRATION DECISION |

This matter is before the Court on Blackwater's Motion to Seal Exhibit cited in *Memorandum In Support of Petition to Confirm Arbitration Decision* (DE-117). For good cause shown, Blackwater's Motion in ALLOWED. The Clerk of Court is directed to seal the proposed sealed document at DE-118.

This the 21st day of December, 2010.

_____
JAMES C. FOX
Senior United States District Judge