# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BLACKWATER SECURITY CONSULTING, LLC, )<br>BLACKWATER LODGE & TRAINING CENTER, )<br>INC., )<br>      Plaintiffs, )<br>)<br>v. )<br>)<br>RICHARD P. NORDAN, )<br>      Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 2:06-CV-49-F** |

**Decision by Court.**

      IT IS ORDERED AND ADJUDGED that the stay by this court's order of April 20, 2007 is LIFTED. Nordan's Motion to Vacate Orders, or in the Alternative, Motion for Order of Dismissal and Lift of Stay on Court Proceedings is DENIED. Blackwater's Motion for Judgment on its Petition is ALLOWED. The Clerk of Court is DIRECTED to enter Judgment as follows:

      The Tribunal's decision reflected in Order 17 (DE-120), Exh. 22, hereby is CONFIRMED.

      This constitutes a final order in this case Number 2:06-CV-49-F, which the Clerk of Court is DIRECTED to close.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **January 21, 2011**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Mark A. Ash (via CM/ECF Notice of Electronic Filing)

Kirk G. Warner (via CM/ECF Notice of Electronic Filing)

David S. Coats (via CM/ECF Notice of Electronic Filing)

William B. Bystrynski (via CM/ECF Notice of Electronic Filing)

Marc P. Miles (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| <u>January 21, 2011</u> | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |